ETOMIS - Offender attributes
Page 1 of 1
E-FILED
11/15/2021 2:08 PM
CLERK & MASTER
DAVIDSON CO. CHANCERY CT.

# eTomis — Offender Attributes

| Menu | Favorites | Tools | Other Applications | Reports | Help |

Links ▼  Suspend ☐

TOMIS ID  00571879  Hughes, Jeffrey W.   Status ACTV   Location BCCX

- Reset key fields
- Inquire
- Modify

Tabs: Emergency Notf | Military/Child Suprt | License/ID Issuance | Physical Info | Social Info | Offender Summary | Offender Location | Offender Other ID

**Alerts**

| | | | |
|---|---|---|---|
| Active Detainer N | Escape History N | Sex Offnr | Out to Court N |
| | Incompatible N | Actv ISC N | Unprocessed Sent N |
| Mult./Child Rapist N | Repeat Violent Offnr N | | TVDP |

                     Years  Months  Days

| | | |
|---|---|---|
| Minimum Sentence | | Life   Habitual |
| Maximum Sentence | 27 | Life without Parole |
| Death | Date of Execution | DUI Mand Min |
| SED 09/26/2016 | SV 09/29/2019 | Probation Exp |
| RED 09/30/2021 | MP | CC Exp |
| PP | EXP 08/25/2040 | PERB CED |
| RP | FXP 09/10/2043 | PERB |
| Parole Eligibility Docket | | Parole Hearing Sched |
| Last Parole Hearing Type | IP  Initial Parole | Future Action Date  07/01/2022 |
| Last Parole Hearing | 07/22/2020 | Alt Rlse Date |
| Last Prle Decision | DS  Declined | |

FastPath [   ] Go