

STATE OF TENNESSEE
**BOARD OF PAROLE**
500 JAMES ROBERTSON PARKWAY 4th FLOOR
NASHVILLE, TENNESSEE 37243-0850
Phone: (615) 741-1150 * Fax: (615) 741-5337
11/23/2021

Jeffrey Hughes 571879
Bledsoe County Correctional Complex, U12, 21B
1045 Horsehead Road
Pikeville, TN  37367

### Parole Hearing Notification

This is to advise that you are scheduled for an appearance hearing at the location, date, and time indicated below.  If, for any reason, this hearing is removed from the final docket, you will be notified.

| | |
|---|---|
| Hearing Type: | Parole Review (PV) |
| Hearing Location: | Bledsoe County Correctional Complex |
| Hearing Date: | 11/29/2021 |
| Hearings Begin At: | 09:30 AM CT |

A validated Risk and Needs Assessment is required by law, under the Public Safety Act of 2016, and will be performed by Department of Correction staff prior to your parole hearing.  The Board will utilize this assessment as part of the decision-making process.

You will be notified of the Parole Board's final decision in writing.

**Contact**
M. Johnson/C. Waxler/D. Lawhorn/R. Smith
Phone
423-881-3251 ext. 2711