

**STATE OF TENNESSEE**
**DEPARTMENT OF CORRECTION**
**BLEDSOE COUNTY CORRECTIONAL COMPLEX**
**1045 HORSEHEAD ROAD**
**PIKEVILLE, TENNESSEE 37367**
**TELEPHONE (423) 881-3251 ~ FAX (423) 881-4226**

## MEMORANDUM

**TO**: Shawn Phillips, Warden, BCCX

**FROM**: Carrie Waxler, IPPS/Site 2

**DATE**: Tuesday, November 23, 2021

**SUBJECT**:    Parole Docket – NOVEMBER 2021, Site 2/Annex

| # | TDOC # | Name | Unit | Job Assignment | Type | Hearing Date | Heard By | Recommended Decision |
|---|--------|------|------|----------------|------|--------------|----------|----------------------|
| 1 | 553276 | Curd, Jamie | U4 | Cook | PV | 11/04/21 | | |
| 2 | 241512 | King, Floyd | U1 | - | PV | 11/08/21 | | Ship to Site 1 |
| 3 | 265273 | Long, James | U9 | Commercial cl | IP | 11/08/21 | | Ship to Site 1 |
| 4 | 311992 | Carero, Victor | U1 | - | PV | 11/08/21 | | Ship to Site 1 |
| 5 | 331416 | Dickens, Johnathan | U17 | Cook Help | PV | 11/08/21 | | |
| 6 | 348479 | Roper, Marvin | U20 | Int/Ext land. | PV | 11/08/21 | | |
| 7 | 414984 | Wortham, Timothy | U1 | - | PV | 11/08/21 | | Ship to Site 1 |
| 8 | 424888 | Biggs, Gary | U19 | Int/Ext land. | IP | 11/08/21 | | |
| 9 | 453274 | Hammer, Jerry | U17 | Spec Crew | PV | 11/08/21 | | |
| 10 | 480320 | Clements, James | U11 | CMS | IP | 11/08/21 | | |
| 11 | 487058 | Hamilton, Jonah | U6 | Kitchen help | IP | 11/08/21 | Does not want | Lawyer to attend (4) |
| 12 | 517451 | Douglas, Darren | U18 | Animal Care | PV | 11/08/21 | | |
| 13 | 546773 | Fawver, Richard | U14 | Sm engine | RB | 11/08/21 | | |
| 14 | 585378 | Carnes, Joshua | U17 | Landscaping | PV | 11/08/21 | | |
| 15 | 614811 | Driggs, Fred | U1 | - | PV | 11/08/21 | | Ship to Site 1 |
| 16 | 630993 | Bailey, Kalvin | U7 | ABE | IP | 11/08/21 | | |
| 17 | 231328 | Short, Scott | U13 | Med incentive | PV | 11/09/21 | | Ship to Site 1 |
| 18 | 293505 | Mcbride, Wesley | U8 | Barber | IP | 11/09/21 | | Ship to Site 1 |
| 19 | 306170 | Ballance, Billy | U13 | CMS | PV | 11/09/21 | | Ship to Site 1 |
| 20 | 300648 | Blevins, Ronald | U11 | Tricor | PV | 11/09/21 | | Ship to Site 1 |
| 21 | 377485 | Arms, Charles | U19 | Commercial Cl | PV | 11/09/21 | | |
| 22 | 382989 | Reed, Isaac | U10 | ABE | IP | 11/09/21 | Vo | Ship to Site 1 |
| 23 | 384712 | Washington, Adam | U16 | TCOM | IP | 11/09/21 | | Ship to Site 1 |
| 24 | 384828 | Gorden, Ronald | U19 | Landscaping | IP | 11/09/21 | | |
| 25 | 491371 | Collins, Kevin | U18 | Landscaping | PV | 11/09/21 | | |
| 26 | 525410 | Wash, Johnny | U20 | Landscaping | PV | 11/09/21 | | |

xc:    Unit Management (2)    Central Control    Annex Operations    Shakedown    Warden
1st & 2nd Shift Supervisor    Inmate Jobs Coordinator    Programs Area    Checkpoint    File

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 27 | 567775 | Reese, Tony | U7 | Spec Crew | RB | 11/09/21 | | Ship to Site 1 |
| 28 | 571275 | Eiland, Stephen | U9 | Tricor | PV | 11/09/21 | | Ship to Site 1 |
| 29 | 582229 | Bue, Eric | U1 | Carpentry | PV | 11/09/21 | | |
| 30 | 589386 | Brown, Samuel | U18 | Int/Ext Land. | IP | 11/09/21 | | |
| 31 | 596762 | Jett, Cody | U18 | Int/Ext Land. | PV | 11/09/21 | | |
| 32 | 609428 | Gipson, Jeremiah Mica | U11 | Cook help | PV | 11/09/21 | | |
| 33 | 615673 | Burke-Alexander, Chad | U8 | Barber | PV | 11/09/21 | | |
| 34 | 631107 | Gates, Isaiah | U16 | TCOM | IP | 11/09/21 | | |
| 35 | 234497 | Copeland, Terry | U3 | Sm Engine | PV | 11/10/21 | | Ship to Site 1 |
| 36 | 280092 | Dye, Ronald | U6 | Landscaping | PV | 11/10/21 | | Ship to Site 1 |
| 37 | 283272 | Morrell, Joseph | U1 | - | PV | 11/10/21 | VO | Refuse to attend |
| 38 | 311484 | Thompson, Benjamin | U1 | - | PV | 11/10/21 | | Ship to Site 1 |
| 39 | 351351 | Cousar, Corrie | U6 | Tricor | PV | 11/10/21 | | Ship to Site 1 |
| 40 | 363152 | Smith, Jeremy | U1 | - | PV | 11/10/21 | | Ship to Site 1 |
| 41 | 397950 | James, Joshua | U1 | - | PV | 11/10/21 | | |
| 42 | 398051 | Satterfield, Larry | U2 | PCTC | IP | 11/10/21 | | |
| 43 | 408078 | Taylor, James | U14 | ABE | PV | 11/10/21 | | Ship to Site 1 |
| 44 | 434055 | Mcpheron, David | U4 | Maintenance | PV | 11/10/21 | Does not attend | ~~Ship to Site 1~~ Waiver |
| 45 | 460710 | Barnett, Thomas | U15 | TCOM | PV | 11/10/21 | | Ship to Site 1 |
| 46 | 462980 | Grimes, Carnell | U3 | Commercial Cl | PV | 11/10/21 | | Ship to Site 1 |
| 47 | 465789 | Kral, Matthew | U16 | TCOM | IP | 11/10/21 | | Ship to Site 1 |
| 48 | 468666 | Flowers, Tylor | U1 | - | PV | 11/10/21 | | Ship to Site 1 |
| 49 | 483909 | Britton, Aaron | U7 | COOK HELP | PV | 11/10/21 | | Ship to Site 1 |
| 50 | 497919 | Conine, Joshua | U13 | KIT HELP | IP | 11/10/21 | | Ship to Site 1 |
| 51 | 499801 | Logan, Gary | U17 | Landscaping | PV | 11/10/21 | | |
| 52 | 508449 | Andrews, Demarcus | U16 | TCOM | PV | 11/10/21 | | |
| 53 | 519449 | Earle, Carson | U14 | Landscaping | PV | 11/10/21 | | Ship to Site 1 |
| 54 | 529284 | Spivey, Bradley | U13 | Tricor | PV | 11/10/21 | | |
| 55 | 544640 | Bowman, Matthew | U8 | Commercial cl | PV | 11/10/21 | Does not attend | ~~Ship to Site 1~~ Waiver |
| 56 | 559439 | Brewer, Joshua | U15 | TCOM | IP | 11/10/21 | | |
| 57 | 572527 | Pritchard, Randy | U1 | - | IP | 11/10/21 | | Ship to Site 1 |
| 58 | 592177 | Bice, John | U3 | Library | PV | 11/10/21 | | |
| 59 | 627657 | Ray, Phillip | U16 | TCOM | IP | 11/10/21 | | |
| 60 | 631077 | Byrd, Kristopher | U4 | CMS | IP | 11/10/21 | | |
| | | | | | | | | |
| | | | | | | | | |
| 61 | 571879 | Hughes, Jeffrey | U12 | woodworker | IP | 11/29/2021 | | |
| | | | | | | | | |

xc:    Unit Management (2)    Central Control    Annex Operations    Shakedown    Warden
       1st & 2nd Shift Supervisor    Inmate Jobs Coordinator    Programs Area    Checkpoint    File