


# STATE OF TENNESSEE
## BOARD OF PAROLE
### Division of Board Operations
### Parole Certificate
### 183006

Parole Type: Regular Parole                                                                                                    Certificate Type: Regular

**Hughes, Jeffrey W -- PRISON NUMBER 00571879,**
**is eligible to be paroled from Bledsoe County Correctional Complex**

and there is reasonable probability that said prisoner will remain at liberty without violating the law. It further being the opinion of the Tennessee Board of Parole that the parole of this prisoner is not incompatible with the welfare of society.

It is hereby ordered that said prisoner be, and hereby is paroled, subjective to the following conditions, effective: **12/27/2021**

1. I will proceed directly to my destination and upon arrival report immediately to my Probation/Parole Officer or in any event no later than 72 hours after release.
2. I will obey the laws of the United States or any state, in which I may be, as well as any municipal ordinances.
3. I will report all arrests, including traffic violations, immediately, regardless of the outcome, to my Probation/Parole Officer. I will, when away from my residence, have on my person my parole identification card and present it to the proper authority.
4. I will not own, possess, or carry any type of deadly weapon (guns, rifles, knives) or any illegal weapons.
5. I will work steadily at a lawful occupation. If I am not employed, I will immediately report this to my Probation/Parole Officer and then begin to look for another job. If I am able, I will engage in approved community service work when I am unemployed.
6. I will get the permission of my Probation/Parole Officer before changing my residence or employment, or before leaving the county of my residence or the state.
7. I will allow my Probation/Parole Officer to visit my home, employment site, or elsewhere, and will carry out all lawful instructions he/she gives and report to my Probation/Parole Officer as instructed, and will carry out all lawful instructions of the Department of Correction, and will comply with referral to all rehabilitative programs, if available, by attending, and will submit to electronic monitoring or community service if required.
8. I agree to a search, without a warrant, of my person, vehicle, property, or place of residence by any Probation/Parole officer or law enforcement officer, at any time without reasonable suspicion.
9. I will not use intoxicants (beer, whiskey, wines, etc) of any kind to excess. I will not use or have in my possession illegal drugs. I will submit to drug screens or drug tests as directed by my Probation/Parole Officer.
10. I will waive all extradition rights and processes and agree to return to Tennessee if at any time prior to my release from parole, the Board of Parole directs that I do so.
11. I agree to pay all required fees to the Supervision and Criminal Injuries fund and restitution as ordered by the court.
12. I will not engage in any assaultive, abusive, threatening or intimidating behavior. Nor will I participate in any criminal street gang related activities as defined by TCA 40-35-121. I will not behave in a manner that poses a threat to others or myself.
13. If paroled to a detainer(s), I will report to the office designated if released from that detainer before my Tennessee parole expiration date.

**SPECIAL CONDITIONS:**
1. If convicted of a sex offense, I will abide by the Specialized Parole Conditions for Sex Offenders as adopted by the Board of Parole.
2. Criminal Cognition & Lifestyles
3. Pay Restitution as Ordered by Court
4. Community Service Work Until Employed

| |
|---|
| **Parole Officer: CILE R. COUNCE   Telephone: (931) 766-1420** |
| **Location:** (P50F) LAWRENCEBURG PROBATION AND PAROLE OFFICE; 1004 BUFFALO ROAD, LAWRENCEBURG, TN 38464 |

I fully understand this order of parole, and I agree to comply with such conditions during the period of my parole, this the _____ day of _____, 20_____. Further I hereby waive all extradition rights and process and agree to return to Tennessee voluntarily if at any time prior to my release the Tennessee Board of Paroles directs me to do so. Said parole shall expire upon the sentence expiration date.

_____              _____
WITNESS SIGNATURE                                                                                   PAROLEE SIGNATURE

Distribution:  Central Office, Parole Officer, Parolee, Institution
BP-0015 (REV 08/15/2010)                                                                                                               RDA N/A