**Daniel Horwitz <daniel.a.horwitz@gmail.com>**

# Jeffrey Wayne Hughes

**Bryce Coatney** <Bryce.Coatney@tn.gov>											Wed, Dec 22, 2021 at 8:54 AM
To: Daniel Horwitz <daniel.a.horwitz@gmail.com>

Good morning, Daniel

I have spoken with General Counsel, Debbie Inglis, this morning. She has not been able to discern why the Board chose December 27 as the authorized date for release to parole for Mr. Hughes, but that's the date the Department is presently bound by. Ms. Inglis knows of no legal authority for the Department to discharge Mr. Hughes before the date specified by the Board. We are thus working today to see, first, if that can be changed, and have reached out to Mr. Clark, counsel for the Board, to ask if the certificate can be amended, to provide for Mr. Hughes' release by Friday this week. We'll have to wait and see for a bit today, before we consider any other course of action. I will keep you posted as things develop.

[Quoted text hidden]