IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY HUGHES,<br>    *Plaintiff*,<br><br>v.<br><br>ZANE DUNCAN, GARY M. FAULCON,<br>TIM GOBBLE, MAE BEAVERS,<br>ROBERTA NEVIL KUSTOFF, and<br>BARRETT RICH,<br>    *Defendants*. | Civil Action No. 3:22-cv-00238<br>Chief Judge Crenshaw/Frensley |

**ORDER**

The Court held an Initial Case Management Conference with the Parties on July 18, 2022. In light of the pending motion to dismiss which raises claims of absolute and qualified immunity, the Parties agreed that a stay of discovery is appropriate at this time.

Notwithstanding the stay of discovery, the Parties shall exchange the information required by Federal Rules of Civil Procedure 26(a)(1)(A)(4) on or before **August 30, 2022**.

By no later than **October 7, 2022**, the Parties shall submit a joint report to advise the Court that they have made a good faith effort to resolve this case. The parties' joint report **must state** the specific steps taken toward case resolution, including that an offer or demand was made and responded to and that counsel discussed the parties' positions and specific next steps to promote case resolution. In other words, the parties must "show their work" in creating a plan to facilitate successful settlement negotiations.

The Initial Case Management Conference in this matter is reset to **October 3, 2022 at 9:00 a.m.** by telephone. The Parties shall call 1-877-336-1831 at the appointed time, and when prompted for the access code, enter 7039387# to participate in the Conference. If a party has

difficulty connecting to the call or has been on hold for more than five (5) minutes, please contact chambers at 615-736-7344.

The proposed case management order shall be submitted electronically with the Court THREE (3) business days before the Initial Case Management Conference and counsel shall also email a WORD version copy to chambers at **frensleychambers@tnmd.uscourts.gov**. If the proposed order CANNOT be submitted electronically on time, PLAINTIFF'S COUNSEL is responsible for contacting the Magistrate Judge's office to reschedule the conference. FAILURE to obtain service on all defendants should be called to the Magistrate Judge's attention. FAILURE TO FILE THE PROPOSED CASE MANAGEMENT ORDER ELECTRONICALLY WITHOUT CONTACTING THE MAGISTRATE JUDGE'S OFFICE CAN RESULT IN SANCTIONS.

**IT IS SO ORDERED.**

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**